**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

DEC 15 2025

Nathan Ochsner, Clerk of Court

**TOMEKA CASANOVA,**
d/b/a **Queen Shiba, LLC,**
Plaintiff,

v.

**ANTHONY LOFTIES,**
Defendant.

Civil Action No. 25cv6038

**PLAINTIFF'S ORIGINAL COMPLAINT AND REQUEST FOR TEMPORARY RESTRAINING ORDER**

**Plaintiff, Tomeka Casanova, d/b/a Queen Shiba, LLC, appearing pro se, alleges as follows:**

**I. Jurisdiction and Venue**

1. This action arises under the Copyright Act, 17 U.S.C. §101 et seq., including the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. §512.
2. This Court has subject-matter jurisdiction under 28 U.S.C. §§1331 and 1338(a).
3. Venue is proper in this District under 28 U.S.C. §1391 because Plaintiff resides in this District and a substantial part of the events occurred here.

**II. Parties**

4. Plaintiff **Tomeka Casanova**, d/b/a *Queen Shiba, LLC*, is an individual residing at 4710 Cashel Glen Drive, Houston, Texas.
5. Defendant **Anthony Lofties** is an individual believed to reside at 120 South 5th Street, Apt. 406, Nashville, Tennessee 37206. His YouTube channel is https://www.youtube.com/@AnthonyLofties.

**III. Factual Allegations**

6. Plaintiff is the creator and copyright owner of original works, including artwork and podcast content under *Queen Shiba, LLC*.

7. Plaintiff's copyrighted works include, but are not limited to:
   - *Professional Artwork*
   - *#LAMH Stormi Steele Violates Shopify Policy...*
   - *Queenin' In The City Podcast/Reality (QITC)*
   (collectively "Copyrighted Works").
   Proof is attached as **Exhibit A**.
8. Defendant reproduced and distributed Plaintiff's works without authorization in:

- http://www.youtube.com/watch?v=SJbd2ALMjG4
- http://www.youtube.com/watch?v=EMzpqIDMjUU
- https://www.youtube.com/watch?v=mebaMjGw19I

Screenshots are attached as **Exhibit B**.

9. Defendant's use damaged Plaintiff's reputation and brand.
10. On November 21, 2025, Plaintiff submitted a valid DMCA takedown notice to YouTube.
11. On December 8, 2025, Plaintiff received a counter-notification from Defendant.
12. Under 17 U.S.C. §512(g), YouTube must reinstate the videos unless Plaintiff files this action.

### IV. Copyright Infringement

13. Defendant infringed Plaintiff's exclusive rights under 17 U.S.C. §§106, 501.
14. Defendant's actions were willful and malicious.
15. Plaintiff suffered reputational, economic, and emotional harm.
16. **Plaintiff seeks both statutory damages under 17 U.S.C. §504(c) and actual damages for Defendant's willful infringement, including loss of income, brand damage, and other financial losses.**

### V. Request for Temporary Restraining Order

17. Plaintiff requests a TRO preventing Defendant from continuing infringement.
18. Plaintiff requests an order directing YouTube not to reinstate the infringing videos under 17 U.S.C. §512(g).

### VI. Prayer for Relief

Plaintiff respectfully requests:

1. A temporary restraining order and injunction;
2. Order YouTube not to reinstate the videos;
3. Statutory and actual damages;
4. Costs and fees;

**VII. Jury Demand**

Plaintiff demands a trial by jury.

Respectfully submitted,
/s/ *Tomeka Casanova*
Tomeka Casanova
d/b/a *Queen Shiba, LLC*
4710 Cashel Glen Drive, Houston, TX 77069
Email: waterthisflower@gmail.com
Phone: 281-658-9505
Pro Se Plaintiff

**Phone: 281-658-9505**
**Pro Se Plaintiff**